IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE WOODSON,

        Plaintiff,                      No. CIV S-08-1965 KJM P

     vs.

M. WEISMAN, et al.,

        Defendants.            <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis. Plaintiff has not, however, signed the application to proceed in forma pauperis. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff's application to proceed in forma pauperis (docket no. 2) is dismissed without prejudice;

       2. Plaintiff shall submit, within thirty days from the date of this order, a signed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

/////

1

of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

      3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 8, 2008.

_____
U.S. MAGISTRATE JUDGE

1/mp
wood1965.3a