UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE WOODSON,<br><br>             Plaintiff,<br><br>     v.<br><br>M. WEISMAN, et al.,<br><br>             Defendants. | No.  2:08-cv-1965 MCE CKD P<br><br><br><br>ORDER |

Plaintiff has requested a third extension of time to file an opposition to defendants' March 16, 2015 motion for summary judgment.  (See ECF Nos. 62 & 65.)  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time (ECF No. 66) is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition or statement of non-opposition to the motion for summary judgment.   Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: July 31, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / wood1965.36